60657

FILED
2010 JUN 11 AM 9:29
[illegible stamp]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In the matter of: | Case No. 01-61425 |
| CLARK, ARTHUR EDGAR | Chapter 7 |
| | Judge RUSS KENDIG |
| Debtor. | UNCLAIMED DIVIDEND |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3011, MICHAEL V DEMCZYK, Chapter 7 Trustee in the above captioned proceeding, has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check Nos. 10114 and 10115 in the total amount of $608.40 representing unclaimed dividend.

The unclaimed dividend relates to the following claimant:

| Claim No | Claimant | Amount |
|---|---|---|
| 4 | ART'S<br>201 N MARKET ST<br>CANTON, OH 44702 | $ 19.27 |
| 7 | NATIONAL CITY BANK<br>PO BOX 1740<br>SOUTHGATE, MI 48195 | $ 589.13 |
| | Total: | $ 608.40 |

/s/ MICHAEL V DEMCZYK
MICHAEL V DEMCZYK, Trustee, # 0018863
12370 CLEVELAND AVENUE, NW
UNIONTOWN, OH 44685
Telephone: (330) 699-6703
Facsimile: (330) 699-4803
mvdtrust@yahoo.com

McNamara, Demczyk
& DeHaven Co., L.P.A.
Attorneys and Counselors at Law
12370 Cleveland Avenue, N.W.
Post Office Box 867
Uniontown, Ohio 44685-0867